**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-1955

_____

MICHAEL E. TACCINO, SR.,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security Administration,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Paul W. Grimm, Magistrate Judge.  (1:05-
cv-00602-PWG)

_____

Submitted:  March 21, 2007          Decided:  April 19, 2007

_____

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael E. Taccino, Sr., Appellant Pro Se.  Allen F. Loucks,
Assistant United States Attorney, John Walter Sippel, Jr., Kristine
L. Sendek Smith, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore,
Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Taccino, Sr., appeals the district court's order granting the Commissioner's motion for summary judgment in his claim for additional monthly disability insurance benefits. We have reviewed the record and the magistrate judge's opinion[*] and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>See</u> <u>Taccino v. Barnhart</u>, No. 1:05-cv-00602-PWG (D. Md. June 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C.A. § 636(c) (West Supp. 2005).